FILED
Oct 20 2021
4:41 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ AmyC            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>SEAN SHAMOUN (1),<br>ALVIN SHAMOUN (2),<br>VINCENT SHAMOUN (3),<br>ANDREW SHAMOUN (4),<br><br>             Defendants. | Case No. '21 CR2994 CAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana; Title 18, U.S.C., Secs. 1956(a)(1)(B)(i) and 1956(h) - Conspiracy to Launder Monetary Instruments; ~~Title 18, U.S.C., Sec. 1956(a)(1)(A) - Promotion Money Laundering~~ nLV; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |

The grand jury charges:

Count 1

Conspiracy to Distribute Marijuana

Beginning on date unknown to the grand jury and continuing up to and including the date of this indictment, within the Southern District of California and elsewhere, defendants SEAN SHAMOUN, ALVIN SHAMOUN, VINCENT SHAMOUN, and ANDREW SHAMOUN did knowingly and intentionally combine, conspire, and agree together and with each other, and with other persons known and unknown, to distribute 100 kilograms and more

CED:FAS:nlv:San Diego:10/19/21

of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 2: Conspiracy to Launder Monetary Instruments

From in or about 2020, and continuing through 2021, within the Southern District of California and elsewhere, defendants SEAN SHAMOUN, ALVIN SHAMOUN, VINCENT SHAMOUN, and ANDREW SHAMOUN did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a) to knowingly conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute marijuana in violation of Title 21, United States Code, Section 846, as charged in Count 1, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

//
//
//
//
//

## FORFEITURE ALLEGATIONS

The offenses alleged in Counts 1 and 2 are herein alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

Upon conviction of the felony offense alleged in Count 1, which offense is subject to imprisonment for greater than one year, defendants SEAN SHAMOUN, ALVIN SHAMOUN, VINCENT SHAMOUN, and ANDREW SHAMOUN shall, shall forfeit to the United States all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

Upon conviction of the offense alleged in Count 2, defendants SEAN SHAMOUN, ALVIN SHAMOUN, VINCENT SHAMOUN, and ANDREW SHAMOUN shall, shall forfeit to the United States all rights, title and interest in any and all property involved in the offense, and all property traceable to such property.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the above-described property.

All in violation of Title 18, United States Code, Section 853, and Title 18, United States Code, Section 982.

DATED: October 20, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
CARLING E. DONOVAN
Assistant U.S. Attorney

4